UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEN GALE,

    Plaintiff,

v.                                                    CASE NO. 8:16-cv-266-T-23TGW

CITIMORTGAGE, INC.,

    Defendant.
_____/

**ORDER**

Len Gale sues (Doc. 2) CitiMortgage, Inc., in state court for violation of the Telephone Consumer Protection Act (TCPA) and for violation of the Florida Consumer Collection Practices Act. After CitiMortgage removed (Doc. 1) this action, Gale moved (Doc. 14) unopposed (1) for permission to dismiss the TCPA claim and (2) to remand this action. Denying Gale's motion without prejudice, a May 23, 2016 order (Doc. 21) explains that "[e]limination of fewer than all claims requires [an] amendment rather than [a] dismissal" and directs Gale both to amend the complaint and to move to remand. Accordingly, Gale amends (Doc. 23) the complaint and moves (Doc. 24) to remand.[*] Now opposing remand, CitiMortgage argues that Gale attempts to "manipulate" the forum and cites *Young v. Roy's*

---

[*] Although the complaint suggests that CitiMortgage's acts might constitute a violation of the Fair Debt Collection Practices Act (FDCPA) also. Neither count of Gale's amended complaint claims a violation of the FDCPA.

*Restaurant*, 2006 WL 2024946, at *2–3 (M.D. Fla. July 17, 2006) (Fawsett, J.), and *Ruffin v. CitiFinancial*, 2005 WL 1388059, at *2 (S.D. Ala. June 9, 2005) (Pittman, J.). Each cited case determines that a plaintiff eliminated a federal claim in order to "manipulate" the forum and denies a motion to remand. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 357 (1988) ("If the plaintiff has attempted to manipulate the forum, the court should take this behavior into account in determining whether the balance of factors to be considered under the pendent jurisdiction doctrine support a remand in the case."). No "manipulation" occurs in this action. Gale explains:

> Since the filing of the complaint, Plaintiff has determined that Count I for violation of the TCPA fails to state a cause of action upon which relief may be granted, as the calls were not made to a cellular telephone, but were made to a residential number, and such calls are exempted from the TCPA.

(Doc. 24 at 1)  Gale's motion to remand (Doc. 24) is **GRANTED**. This action is **REMANDED**. The clerk is directed (1) to mail a certified copy of this order to the clerk of the Circuit Court for Manatee County, Florida, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on August 2, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE