UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEN GALE,

    Plaintiff,

vs.                                              Case No.:  8:16-cv-00266-SDM-TGW

CITIMORTGAGE, INC.,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO MOTION
TO REMAND TO CIRCUIT COURT**

Defendant, CitiMortgage, Inc. ("Defendant" or "CMI"), through its counsel and pursuant to Local Rule 3.01(b), files this its Response to Plaintiff, Len Gale's ("Plaintiff" or "Gale"), Motion to Remand to Circuit Court (D.E. 29) and states:

1. Plaintiff's current Motion to Remand to Circuit Court (D.E. 29) was filed on November 8, 2016. CMI is unclear why Plaintiff filed the current Motion to Remand to Circuit Court since this issue has been fully briefed and decided.

2. In particular, Plaintiff on May 31, 2016 filed a substantially similar Motion to Remand to Circuit Court (D.E. 24) to which CMI responded thereto on June 13, 2016 with a Memorandum of Law in Opposition to the Motion to Remand to Circuit Court (D.E. 26). Thereafter, the Court on August 2, 2016 entered an Order on Plaintiff's May 31, 2016 Motion to Remand to Circuit Court granting the same and remanding this case back to the Circuit Court for Manatee County, Florida and closing this case (D.E. 28).

3. As a result, CMI will consider that Plaintiff's current Motion to Remand to Circuit Court (D.E. 29) was filed by mistake and that no substantive response is required by

44252745_1

CMI.[1] To the extent that a substantive response is required, CMI will repeat, reallege, and reassert all of the points in its June 13, 2015 Memorandum of Law in Opposition to the Motion to Remand to Circuit Court (D.E. 26) as if fully set forth herein.

WHEREFORE, Defendant, CitiMortgage, Inc., files this its Response to Plaintiff, Len Gale's, Motion to Remand to Circuit Court (D.E. 29), and requests that the Court grant, if necessary, any relief this Court deems necessary, just and proper.

/s/ Kenneth M. Curtin
Kenneth M. Curtin, Esq.
Fla. Bar No. 087319
Kenneth.Curtin@arlaw.com
ADAMS AND REESE LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
***Attorneys for Defendant CitiMortgage, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Kenneth M. Curtin
Kenneth M. Curtin, Esq.

---

[1] CMI had considered filing no response at all to the current Motion to Remand to Circuit Court, but in an abundance of caution decided to file this Response informing the Court of the procedural posture and prior outcome of the substantially similar Motion to Remand to Circuit Court filed by Plaintiff on May 31, 2016.